UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LAWAYNE DEALS,

    Petitioner,

                                                                  Case No. 1:08-cv-1000

v.

                                                                  HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

    Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation (Dkt. #24) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

    **This action is terminated.**


Date:  July 13, 2011                                              /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District