UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LAWAYNE DEALS,

      Petitioner,

                                                        Case No. 1:08-cv-1000

v.

                                                        HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

      Respondent,
_____/

### JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date:  July 13, 2011                                        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District